UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Daniel Ulacco, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiffs*,

-*against*-

ASA Building Maintenance Inc., Aref Ajram (a/k/a Steve Ajram), and Maher Safa (a/k/a Michael Safa),

                              *Defendants*.

-----------------------------------------------------------------X

Index No.: 1:22-cv-01497

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants ASA Building Maintenance Inc., Aref Ajram (a/k/a Steve Ajram), and Maher Safa (a/k/a Michael Safa) (collectively, the "Defendants"), having offered to allow Plaintiff Daniel Ulacco ("Plaintiff") to take a judgment against the Defendants in this action for the total sum Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $10,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2022
        New York, New York

                                                              SO ORDERED:

                                                               Mary Kay Vyskocil U.S.D.J.